UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

KEVIN BURNS A.K.A,
KAIN IS-REAL,
_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 1-25-cv-70 MW/MJF
*(To be filled in by the Clerk's Office)*

v.

DISTRICT COURT OF APPEALS
FIRST DISTRICT,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Jury Trial Requested?
☒ YES  ☐ NO

FILED USDC FLND GV
MAR 6 '25 AM 8:06   KM

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: **KEVIN BURNS AKA KAIN IS-REAL**

   Address: **PO box 555**

   City, State, and Zip Code: **Old Town, FLA 32680**

   Telephone: _____ (Home) **352-356-2-71** (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: <u>FIRST DISTRICT</u>

    Official Position: <u>FEDERAL APPEALS</u>

    Employed at: <u>DISTRICT COURT OF APPEALS</u>

    Mailing Address: <u>2000 DRAYTON DRIVE,</u>
    <u>Tollahassee, FLA 32399-0950</u>

    ☐ Sued in Individual Capacity  ☒ Sued in Official Capacity

2. Defendant's Name: _____

    Official Position: _____

    Employed at: _____

    Mailing Address: _____

    ☐ Sued in Individual Capacity  ☐ Sued in Official Capacity

    *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☒ Federal Officials (*Bivens case*)   ☐ State/Local Officials (*§ 1983 case*)

## III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.* You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

I AM A FEDERALLY RECOGNIZED NON-LAWYER

Schizo Counsel who has an 8th grade

Education, that the EARTH SPEAKS TO

**Factual Allegations, Continued** *(Page ___ of ___)*

Who was Evicted by the State of Florida from my life time property agreement for not Paying my Rent while the State "Knew" I paid my Rent cause it was Returned day's after the Complaint was filed by a State process server. That I appealed and the First district court threw my case out 1D-2024-1362 because I mail my documents to appellee's certified mail and they did not pick up the second one but signed for the first documents sent. I requested a motion for rehearing the next pages that I got NO RESPONSE. Thus I filed this Complaint

Mine

I HEREBY CERTIFY that the Following is a true copy of the original and was [81] served by mail to the 1st DCA at the Address given below one to the florida Supreme Court at 500 S. DUVAL St, TALLA, Florida 32399 AND GRIFFIS LAW FIRM 13 SE 1st AVE, Chiefland, Florida 32626 AND HAND DELIVERED TO Dixie County Courthouse As well as other places; Certifiation of Cirtied Service Done

Florida Supreme Court      Motion 1 of of 8

### DISTRICT COURT OF APPEAL, FIRST DISTRICT
2000 Drayton Drive,
Tallahassee, Florida 32399-0950
Telephone No. (850) 488-6151

DIXIE CO CLERK OF COUR
JAN 23 2025 PM 12:19

January 2, 2025

1/6/25  KAIN Is-REAL        15-2023-CC-00099
~~Burns~~, a/k/a Kevin Burns      Case 1D2024-1362
        Appellant(s)            L.T. No.: 15-2024-CC-000035
v.
                    MOTION FOR REHEARING
Cheryl Gooldin and John Gooldin,         OR
        Appellee(s).
                        AKA BURNS, K

BY ORDER OF ~~THE COURT~~: KAIN IS-REAL I APPEAL THE Following Order by the Court dismissing my case illegally

Because Appellant failed to respond to this Court's order docketed December 10, 2024, which required Appellant to show cause why this case should not be dismissed for failure to comply with this Court's order of October 22, 2024, directing him to serve a copy of the initial brief on counsel for Appellee and to file a supplemental certificate of service showing service, the Court dismisses this case.

And Petition for U.S. Code 241 Conspricy against Right Review

COMES NOW, MR. ISREAL/BURNS, K Who files this Notice of

APPEAL, that is APPEALING the Eviction and Court orders issued in violation of the United States Constitution, civil rights, the Right to Fair housing act and both State and federal law, that have been Committed by:

1) The Florida first D.C.A Justices who are and where in possession of all evidence provided here today when they dismissed my appeal to protect, KNOWING

2) Current Florida State Dixie County Judge Johnson who proformed the land owners counsel duty and the Eviction argument, for a case filed on 4/2/2024, Against a state and federally documented Non-Lawyer mentally ill "schizo" tenant; And

3) former Florida State Levy County Judge GRIFFIS III who as counsel for the property owners of the life time lease agreement resident did not return my 666 dollar rent paymnt that paid my rent several month in advance and all back pay untill 4/5/2024. after filing the Complaint for tenant eviction

4) Meaning at the time of my Eviction filing my Rent was over paided by several months see attached documents

RELIEF Sought;

1) For THIS GREAT SUPREME COURT TO FOLLOW THE tEAChing of the United States Constitution and there fore OVER TURN the illegal eviction, Due to the fact MR. IS-REAL/BURNS, K Rent was paid in full and several months in advance, when thee landowner filed to have their life time mentally ill Schizo tenant evicted.

1)A) Enter the life time agreement in to Court Record so I can pay my Rent, to the for life LoL

2) A word damages for pain and suffering, (mental and psyco) for being made homeless in a time that the Cold was so bad the courts posted on Facebook they would have to close

3) Enter punishment and marks against the records of all Judges and Justices, who Knowningly and maliciously mode a stable mentally ill "Schizo" tenant homeless.

I KAIN IS-REAL do Swear upon penalty of death and my Soul and the lifes and Souls of all, that what I say and provide is true and correct and I did not alter or fake.

DATE
1/23/25

KAIN Is-REAL
Non-Lawyer Schizo
Counsel
Po box 555
old Town, FLA 32680

**RICHARD A. CARPENTER, Ph.D.**
FORENSIC PSYCHOLOGY
3750 Gunn Highway, Suite 109 • Tampa, Florida 33618-3905 • (813) 265-9616 • Fax (813) 265-9503
Licensed Psychologist: Florida PY0003404

## CONFIDENTIAL FORENSIC EVALUATION

D-3

NAME OF DEFENDANT: Kevin Lee Burns

DATE OF BIRTH: 02/26/84

CHRONOLOGICAL AGE: 23-5

CASE#/DIVISION: CRC0102628CFAES;  CRC0102631CFAES;  CRC0102633CFAES;
CRC0102634CFAES; CRC0102635CFAES; CRC0102636CFAES;

DATE OF EVALUATION: 08/23/07

SUMMARY: This 23 year old male was referred to this examiner for the purpose of conducting a confidential forensic evaluation. He was diagnosed with Axis I: Schizoaffective Disorder, Depressive Type; Polysubstance Dependance; Axis II: Personality Disorder, NOS, with Borderline Features. The defendant was found to be

**Corrections Offender Network**

Inmate Release Information Detail
(This information was current as of 1/1/2002)

DC Number: R26329
Name: BURNS, KEVIN L
Race: WHITE
Sex: MALE
Birth Date: 03/26/1984
Custody: COMMUNITY
Release Date: 04/07/2012

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 04/21/2001 | BURG/DWELL/OCCUP.CONVEY | 02/08/2008 | PASCO | 0202628 | 5Y 0M 0D |
| 04/21/2001 | BURG/DWELL/OCCUP.CONVEY | 02/08/2008 | PASCO | 0202631 | 5Y 0M 0D |
| 04/21/2001 | BURG/DWELL/OCCUP.CONVEY | 02/08/2008 | PASCO | 0202632 | 5Y 0M 0D |
| 04/21/2001 | GRAND THEFT,300 L/5,000 | 02/08/2008 | PASCO | 0202632 | 5Y 0M 0D |
| 04/21/2001 | BURG/DWELL/OCCUP.CONVEY | 02/08/2008 | PASCO | 0202633 | 5Y 0M 0D |
| 04/21/2001 | BURG/DWELL/OCCUP.CONVEY | 02/08/2008 | PASCO | 0202634 | 5Y 0M 0D |
| | | 02/08/2008 | PASCO | 0202635 | 5Y 0M 0D |

9

January 22, 2019

To Whom It May Concern:          C
RE: Kevin Burns

    Kevin Lee Burns was born March 26, 1984 in Dade City, Florida, as Kevin Lee Rogers. He was raised and eventually adopted by his great-grand parents, Davey and Helen Burns, who have both passed away. My name is Cheryl (Rogers) Gooldin, Kevin's birth mother and grandchild of Davey and Helen Burns.

    I have been in and around Kevin during most of his life. He has a history of mental health issues/concerns. He has multiple psychological issues.

    In 2006 we allowed Kevin Burns to move in to our home, with the understanding that he get a job and pay rent. In the beginning we lent him one of our cars, until we got him one of his own. He had a plumbing job at a new school construction site. One day Kevin and I we talking and he got mad and started acting out. My husband and I left and when we returned home we noticed a blood trail leading to the garage. We found Kevin in the garage cutting himself. He was not making any sense. We got him cleaned up, bandaged and put him to bed. My husband and I talked about what we were going to do. We decided to Baker Act him. Kevin begged and pleaded with us to wait until the morning. So we did. In the morning Kevin was gone. I had no contact with him until he was sentenced to prison for violating probation for a crime he committed when he was approximately 16 years old. (Another incident that involved an attempted suicide and a psychological exam.) He was always in a prison that supervised prisoners with mental health issues.

    In 2015, Kevin once again asked for a place to stay. We noticed multiple "cuts" on his arms and legs. He had been cutting himself. I saw a police report where Kevin had tried to seek treatment at a mental facility in Manatee county. He was denied entry and went to Walmart, bought razor blades and deeply cut his wrist. The Bradenton Police Dept. initiated an Involuntary examination.

    Kevin returned to New Port Richey and stayed for a while. On day Kevin came by our business and asked for money, a lot of money, I said no and he got very upset and left. He was gone when I got home. He started sending very nasty text and things spiraled out of control. I applied for and was granted an order of protection.

    It was almost a year before I was contacted by an attorney for the Manatee Memorial Hospital who inform me that Kevin was in a coma on life support. He has been diagnosed with several mental health issues. His good days are good, but his bad days are bad. He has been battling these issues for most of his life.

Cheryl Gooldin

*[handwritten annotation:]* DID SHROOMS (LSD) while pregnate with me ... [illegible]



**THE GRIFFIS LAW FIRM, LLC**

STANLEY H. GRIFFIS III

GAINESVILLE PHONE
352-681-4529

CHIEFLAND PHONE
352-535-2948

CRIMINAL DEFENSE

CIVIL LITIGATION

EMINENT DOMAIN

PERSONAL INJURY
AND WRONGFUL DEATH

ESTATE PLANNING,
PROBATE AND
GUARDIANSHIP

FAMILY LAW

FLORIDA SUPREME COURT
CERTIFIED CIRCUIT
CIVIL MEDIATOR

GRIFFISLAWOFFICE.COM

MAIL:
13 SE 1ST AVE.
CHIEFLAND, FL 32626

April 5, 2024

Kevin Lee Burns
Via hand delivery
Through process server

    Re:    Gooldin v. Burns

Dear Mr. Burns;

    Please find attached the payment you provided to Mr. and Mrs. Gooldin. Said payment is not being accepted and is being returned.

                          Sincerely,

                          /s/ *Stanley H. Griffis*

                          Stanley H. Griffis III

15

No. 1330000105

NCUA

A-9

RADIANT CREDIT UNION
4440 NW 25th PLACE • GAINESVILLE, FL 32606 • (352) 381-5200

```
Acct: 0000149415 Teller: 1397 Date: 03/04/24 Time:  9:10am
------------------------------------------------------------
See receipt for reference
------------------------------------------------------------
Check Number: 00 1330000105
Purpose : SHARE WITHDRAWAL
Amount  : $666.00
Pay to  : CHERYL AND JOHN GOOLDIN
          RE: KEVIN LEE BURNS
```

A stop payment order will be accepted after 90 days of the issuance of this check provided it is lost, stolen or destroyed and a Declaration of Loss and Indemnity Agreement has been properly executed.

---

OFFICIAL CHECK   No. 1330000105



RADIANT
CREDIT UNION
4440 NW 25TH PLACE • GAINESVILLE, FL 32606 • (352) 381-5200

63-7845
2631

03/04/24

Pay *** SIX HUNDRED SIXTY-SIX DOLLARS AND 00 CENTS ***     $666.00

VOID AFTER 90 DAYS

To The Order Of: CHERYL AND JOHN GOOLDIN
                 RE: KEVIN LEE BURNS


AUTHORIZED SIGNATURE

⑆1330000105⑆ ⑈263178452⑈   800 10 100

Filing # 195370171 E-Filed 04/03/2024 10:57:19 AM

IN THE COUNTY COURT
IN AND FOR DIXIE COUNTY, FLORIDA.

JOHN GOOLDIN and
CHERYL GOOLDIN,

    Plaintiffs,

v.                                          CASE NUMBER: 15-2024-CC-

KEVIN BURNS

    Defendant.
_____/

## COMPLAINT FOR TENANT EVICTION

PLAINTIFFS, John Gooldin and Cheryl Gooldin, sue Defendant, Kevin Burns, and allege:

1. This is an action to evict a tenant from real property in Dixie County, Florida.

2. Plaintiffs own the following described real property in Dixie County, Florida, particularly described as 1498 NE 239TH Avenue, Old Town, Florida 32680.

3. Defendant has possession of the property under a written agreement to pay rent of $50.00 a month payable by the 5th of each month. The agreement also provides that *"failure to pay the monthly fee for a period of 6 or more months will void this agreement."* The agreement is attached and made part of this Complaint as Plaintiff's Exhibit A.

4. Defendant failed to pay rent (fee) due for a period of six months, commencing August, 2023.

5. On March 1, 2024, Plaintiffs served Defendant with a notice of intent to terminate lease per section 83.57, Fla.Stat.. As of April 1, 2024, Defendant has not moved vacated the premises. A copy of this notice is attached to, and made part of, this Complaint as Plaintiff's Exhibit B.

6. Plaintiffs are entitled to the summary procedure provided in Florida Statutes Chapter 51.

7. Plaintiffs are entitled to an award of costs and reasonable attorney's fees pursuant to Florida Statutes Sections 83.59(4) and 83.625.

WHEREFORE Plaintiffs demand judgment against Defendant for the following:

    1.    For possession of the property.

Electronically Filed Dixie Case # 24000035CCAXMX 04/03/2024 10:57:19 AM

16

2. The amount of rent due, unpaid and owing.
3. Costs and reasonable attorney fees.
4. And for further relief the court deems fair and proper.

## VERIFICATION

STATE OF FLORIDA
COUNTY OF PASCO

We, John Gooldin and Cheryl Gooldin, being duly sworn, say we are the Plaintiffs in the above-entitled action. We have read the foregoing complaint and know the contents of the complaint. The contents are true to the best of our knowledge.

_____          _____
John Gooldin                                                    Cheryl Gooldin

SUBSCRIBED AND SWORN TO BEFORE ME on April 2nd, 2024, to certify my hand and official seal.

NICOLE PIKE
Notary Public - State of Florida
Commission # HH 120532
My Comm. Expires Apr 22, 2025
Bonded through National Notary Assn.

_____
Notary Public

THE GRIFFIS LAW FIRM, LLC.

By: *Stanley H. Griffis III*
STANLEY H. GRIFFIS, III
Florida Bar No. 118755
13 SE 1ST Avenue
Chiefland, Florida 32626
Tel.: (352) 535-2948
E-Mail: Stan@GriffisLawOffice.com
Attorney for Plaintiffs



1D2024-2736
Kevin Burns
P.O. Box 555
Old Town FL 32680

Maled

LORD Angles of fire to

they enemy

Check on line for a

~~fucking~~ correct copy and ......(th~~

KAIN IS REAL the homeless JEV
cause of you

20



## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

My first, fourth, 5th, 6, 8, 14 Constitutional rights have been violated as well as 18 U.S.C 242 Deprivation of Rights Under Color of Law and Civil Rights Act of 1866 and United States vs Throckmorton 499: fraud vitiates every thing

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

To Reverse and Remand the Dismissal and order the Case be reopened, and to order the appointment of Counsel who will follow my argument while apply law to them, that if necessary will go to the United States Supreme Court and then Justice of

E A R T H

VI.  **CERTIFICATION**

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3/3/25   Plaintiff's Signature: _____

Printed Name of Plaintiff: KEVIN BURNJ AKA KAIN IS-REAL

Address: Po box 555, Old Town FLA 32680

E-Mail Address: KAINISREALFLA@Gmail.com

Phone #: 352-356-2-789

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

7