IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAIESVILLE DIVISION

**KEVIN BURNS,**

   *Plaintiff,*

v.                                          Case No.: 1:25cv70-MW/MJF

**FIRST DISTRICT COURT OF APPEALS,**

   *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on June 9, 2025.**

                         s/Mark E. Walker_____
                         **Chief United States District Judge**